UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

### ORDER OF REASSIGNMENT

Pursuant to the Retirement of Senior Judge Milton L. Schwartz, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Senior Judge** <u>Milton L. Schwartz</u> to **District Judge** <u>Frank C. Damrell, Jr.</u> for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:99-cr-0466 FCD.

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **March 2, 2010**

ANTHONY W. ISHII, Chief
United States District Judge